1  THEODORE E. BACON (CA Bar No. 115395)
   tbacon@adorno.com
2  SCOTT J. STILMAN (CA Bar No. 120239)
   sstilman@adorno.com
3  FRANCES Q. JETT (CA Bar No. 175612)
   fjett@adorno.com
4  ADORNO YOSS ALVARADO & SMITH
   A Professional Corporation
5  633 W. Fifth Street, Suite 1100
   Los Angeles, CA 90071
6  Tel: (213) 229-2400
   Fax: (213) 229-2499
7
   Attorneys for Defendants
8  JPMORGAN CHASE BANK, N.A., an
   acquirer of certain assets and liabilities of
9  Washington Mutual Bank from the
   FDIC, acting as receiver, erroneously
10 sued as "JP Morgan Chase National
   Association, fka Washington Mutual
11 Bank" and MORTGAGE ELECTRONIC
   REGISTRATION SYSTEMS, INC.
12

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| MADELINE CUEVAS, | CASE NO.: 3:09-cv-03914-CRB |
|---|---|
| Plaintiff, | ORDER |
| v. | APPLICATION FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| JPMORGAN CHASE NATIONAL ASSOCATION, FKA WASHINGTON MUTUAL BANK; QUALITY LOAN SERVICE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ALLIANCE BANCORP; and Does 1 through 50, inclusive, | |
| Defendants. | |

///

///

///

1

APPLICATION FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

2025994.1

1  TO THE COURT AND ALL COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Defendants JPMorgan Chase Bank, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation, acting as receiver, erroneously sued as "JP Morgan chase National Association, fka Washington Mutual Bank" and Mortgage Electronic Registration Systems, Inc., hereby request leave of court to substitute the law firm of Adornor Yoss Alvarado & Smith, APC in place of the law firm McCarthy & Holthus, LLP as Defendants' counsel of record in this action. By signing below, counsel represent that this substitution will cause no delay in the prosecution of this case to completion. If this Application is granted, all further notices and pleadings in this matter should be sent to:

Adorno Yoss Alvarado & Smith, APC
Theodore E. Bacon, Esq.
tbacon@adorno.com
Scott J. Stilman, Esq.
sstilman@adorno.com
Frances Q. Jett, Esq.
fjett@adorno.com
633 W. Fifth Street, Suite 1100
Los Angeles, CA  90071
Tel:  (213) 229-2400;  Fax:  (213) 229-2499

DATED: September 1𝑔, 2009

ADORNO YOSS ALVARADO & SMITH
A Professional Corporation

By: _____
THEODORE E. BACON
SCOTT J. STILMAN
FRANCES Q. JETT
New Attorneys for Defendants
JPMORGAN CHASE BANK, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank from the FDIC, acting as receiver, erroneously sued as "JP Morgan Chase National Association, fka Washington Mutual Bank" and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

DATED: September 17, 2009

McCARTHY & HOLTHUS, LLP

By: _____
MATTHEW PODMENIK
DAVID C. SCOTT
Former Attorneys for Defendants
JPMORGAN CHASE BANK, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank from the FDIC, acting as receiver, erroneously sued as "JP Morgan Chase National Association, fka Washington Mutual Bank" and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

I consent to this substitution:

DATED: September 17, 2009

By: _____
JEANNI D. LOWRY, Vice President
JPMORGAN CHASE BANK, N.A.

## [PROPOSED] ORDER

The substitution of attorneys is hereby approved.

IT IS SO ORDERED.

DATED: September 23, 2009

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3
APPLICATION FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

2025994.1